UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA DANIELLE MARTINEZ, | No.  1:26-cv-01606-GSA |
| Plaintiff, | ORDER GRANTING PLAINTIFF EXTENSION TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

As stipulated, it is ORDERED that Plaintiff shall have an extension of time from May 4, 2026 to and including May 18, 2026 to file Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **May 4, 2026**                         **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1